# In the United States Court of Federal Claims

No. 05-651C

(Filed August 17, 2005)

| | |
|---|---|
| ASHLAND APARTMENTS LIMITED, | * |
| *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant.* | * |

## ORDER

On August 11, 2005, the parties filed a Joint Motion for a Stay of Proceedings in this matter while certain related cases remain in the Court's Alternative Dispute Resolution (ADR) Pilot Program. For good cause shown, it is hereby **ORDERED** that:

(1) The parties Joint Motion for a Stay is **GRANTED** and the Clerk's office is directed to **STAY** proceedings in the subject matter until fourteen days after the conclusion of ADR; and

(2) The parties shall **FILE** a **Joint Status Report** on or before November 18, 2005 and every ninety-day interval, informing the trial judge of the status of ADR proceedings.

s/Lynn J. Bush
LYNN J. BUSH
Judge

cc:
ADR Judge Marian Blank Horn